# SEYFARTH SHAW LLP
ATTORNEYS

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 19 AUG 2010

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
212-218-5507

Writer's e-mail
dkesselman@seyfarth.com

August 18, 2010

**VIA EMAIL**

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Chambers 735
New York, New York 10007

> Application GRANTED. The conference is adjourned to 9/8/10 at 2:30pm in Courtroom 20C.
>
> SO ORDERED: 19 AUG 2010
>
> [signature]
> HON. PAUL A. CROTTY
> UNITED STATES DISTRICT JUDGE

Re: Kaur v. The Bank of Tokyo-Mitsubishi UFJ, Ltd.
    Case No. 10-CV-3774 (PAC)

Dear Judge Crotty:

We represent Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("BTMU") in the above-referenced action. We are in receipt of Your Honor's notification that the Initial Pretrial Conference, originally scheduled for July 29, 2010, has been rescheduled for August 26, 2010. We write with the consent of Plaintiff's counsel to respectfully <u>request an adjournment of the conference because I will be out of the office on vacation.</u> There was one prior request by Plaintiff for an adjournment of the conference, after which the Court adjourned the Conference date on its own. As such, the parties jointly request that the conference be adjourned, and respectfully propose as alternative dates either September 7 or September 8 if those dates are available for the Court.

Thank you for the Court's consideration of this matter. Should Your Honor have any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,

SEYFARTH SHAW LLP

[signature] Dov Kesselman /p

Dov Kesselman

cc: David Zatuchni, Esq. (counsel for Plaintiff)

**MEMO ENDORSED**

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

12625373v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK