# zatuchni & associates

New York                    Newark

Zatuchni & Associates, LLC
287 South Main Street
(Route 29)
Lambertville, New Jersey 08530
Tel 609 243-0300
Fax 609 243-0333
www.zatuchniassociates.com

Writer's Email
davidz@zatuchniassociates.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03 DEC 2010
```

December 2, 2010

**Via Facsimile**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The conference is adjourned to 02/08/11 at 2:45pm in Courtroom 20C.

SO ORDERED: 03/DEC 2010

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:    Gurpreet Kaur v. The Bank of Tokyo-Mitsubishi UFJ, Ltd.
       Case No.: 10-CV-3774 (PAC)

Dear Judge Crotty:

This office represents Plaintiff Gurpreet Kaur in the above matter. A Case Management Conference was originally scheduled before Your Honor on November 17, 2010. The conference was adjourned to December 7, 2010 due to Your Honor's trial schedule.

I am writing to respectfully request a further adjournment of the conference because I will be starting a 3-4 week trial on December 6, 2010 in the matter of Nasarimham Kethey v. UMDNJ, Docket No. ESX-L-9997-06 in the Superior Court of New Jersey. I have waited to see if this case would settle, but at this point it appears that the case will not be resolved and I will be on trial on the date of December 7, 2010.

I have conferred with counsel for Defendant, Dov Kesselman, Esq. The parties are proceeding apace with discovery and are scheduling their depositions in this matter. The current discovery end-date is March 6, 2011. Both sides agree that a case management conference would be useful in early February, by which time some of the significant depositions will have taken place. Accordingly, on behalf of both parties, we respectfully request that the case management conference be scheduled for a date in the first or second week of February 2011. Thank you very much for Your Honor's continued courtesies.

Respectfully yours,

/s/ David Zatuchni
David Zatuchni, Esq.

cc: Dov Kesselman, Esq. (via facsimile)

MEMO ENDORSED