UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                                    :

GURPREET KAUR                                      :     **ECF CASE**

                       Plaintiff,             :

                                               :     10-CV-3774 (PAC)

      - against -                           :

                                               :     **NOTICE OF APPEARANCE**

THE BANK OF TOKYO-MITSUBISHI UFJ,   :
LTD.                                                :

                                               :
                     Defendant.           :
                                               :
------------------------------------------------------------x

       PLEASE TAKE NOTICE that Brian D. Murphy of the law firm Seyfarth Shaw LLP hereby enters his appearance as counsel for Defendant in the above-captioned action.

Dated: New York, New York
       February 9, 2011

                                       SEYFARTH SHAW LLP

                                  By: /s Brian D. Murphy
                                        Brian D. Murphy
                                        620 Eighth Avenue
                                        New York, New York  10018
                                        Phone:  (212) 218-5500
                                        Fax:  (212) 218-5526
                                        bmurphy@seyfarth.com
                                        *Attorneys for Defendants*

13122353v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2011, I caused to be served the foregoing Notice of Appearance of Brian D. Murphy, Esq., to be filed using the Court's CM/ECF electronic filing system, which sent electronic notice to the following counsel of record for Plaintiff:

>David Zatuchni
>Zatuchni & Associates, LLC
>287 South Main Street
>(Route 29)
>Lambertville, NJ 08530
>(609) 243-0300

>s/ Brian D. Murphy
>Brian D. Murphy

13122353v.1