# zatuchni & associates

New York          Newark

Zatuchni & Associates, LLC
287 South Main Street
(Route 29)
Lambertville, New Jersey 08530
Tel 609 243-0300
Fax 609 243-0333
www.zatuchniassociates.com

Writer's Email
davidz@zatuchniassociates.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 24 MAY 2011
```

May 23, 2011

**Application GRANTED. The conference is adjourned to 06/02/11 at 2:30pm in Courtroom 20-C.**

**Via Facsimile 212-8-5-6304**
The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:  24 MAY 2011

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   Gurpreet Kaur v. The Bank of Tokyo-Mitsubishi UFJ, Ltd.
      Case No.: 10-CV-3774 (PAC)

Dear Judge Crotty:

This office represents Plaintiff Gurpreet Kaur in the above matter. I am writing to respectfully request a short adjournment of the case management conference currently scheduled in this matter for May 25, 2011. The reasons for this request is a scheduling conflict with a full-day private mediation in another matter taking place in Lambertville, New Jersey on that same date: Weinberg v. State of New Jersey, MER-111-10.

Counsel for Defendants has graciously consented to this adjournment request. The parties are available on the following alternative dates and time:

1. Late afternoon of May 31, 2011,
2. Any time on June 2, 2011, or
3. Either before 10:30 am or after 1:30 am on June 7, 2011.

Thank you for your attention to this request.

Respectfully yours,

David Zatuchni, Esq. /sl

cc: Dov Kesselman, Esq. (via facsimile)

MEMO ENDORSED