Case 1:10-cv-03774-PAC   Document 17   Filed 07/15/11   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 15, 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Gurpreet Kaur,

        Plaintiff,

  -against-

The Bank of Tokyo-Mitsubishi UFJ, Ltd.,

        Defendant,
------------------------------------------------------------X

10 Civ. 03774 (PAC)(RLE)
**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____

\_\_\_\_ Habeas Corpus

**X** **Settlement:** **60 Day Reference**

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

\_\_\_\_ Social Security

\_\_\_\_ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

\* Do not check if already referred for general pretrial

Dated: New York, New York
      July 15, 2011

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge