UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GURPREET KAUR,

                Plaintiff,

- against -

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.,

                Defendant.

ORDER

10 Civ. 3774 (PAC)(RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The settlement conference scheduled for September 13, 2011, has been adjourned to **September 27, 2011**, at **2:30 p.m.**, in **Courtroom 18D, 500 Pearl Street**.

No request for adjournment will be considered unless made at least **three business days** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, 212-805-0242.

**SO ORDERED this 9th day of September 2011**
New York, New York

                                    The Honorable Ronald L. Ellis
                                    United States Magistrate Judge