```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 28, 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Gurpreet Kaur,

       Plaintiff,

-against-

The Bank of Tokyo-Mitsubishi UFJ, Ltd.,

       Defendant.
------------------------------------------------------------X

10 Civ. 003774 (PAC)
ORDER OF DISCONTINUANCE

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

ORDERED, that the above-entitled actions be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation and Order of Settlement upon receipt from either party. The Clerk of Court is directed to terminate any pending deadlines, future conferences and this case.

Dated: New York, New York
      September 28, 2011

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

1